18 So.2d 574

### Mary HALL et al. v. STATE.

### 6 Div. 265.

Supreme Court of Alabama.

June 22, 1944.

F. F. Windham, of Tuscaloosa, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

BROWN, Justice.

Petition of Mary Hall and Reba Cannon for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hall et al. v. State, 18 So.2d 572 (6 Div. 69).

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.